UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kathryn Malone,                                            Case Number:  04-2930 MJD/AJB

        Plaintiff,

vs.                                                                              **ORDER**

Gittleman Management Corporation,

        Defendant.

---

WHEREFORE, the parties to the above-entitled matter, through their respective counsel, stipulated and agreed that this matter be dismissed with prejudice.

IT IS SO ORDERED:

This matter is DISMISSED WITH PREJUDICE, and without further cost to the parties herein.

Dated: March 16, 2006

                                            BY THE COURT:

                                            s / Michael J. Davis
                                            The Honorable Michael J. Davis
                                            District Court Judge